# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC
f/k/a HELENA CHEMICAL COMPANY                                    PLAINTIFF

v.                            No. 1:18-cv-43-DPM

RICKY LYNN FULLER;
LEANNA JOE FULLER; and
FULLER FARMS PARTNERSHIP                                         DEFENDANTS

## JUDGMENT

Helena Agri-Enterprises, LLC shall have judgment, jointly and severally, against Ricky Lynn Fuller, Leanna Joe Fuller, and Fuller Farms Partnership for $873,937.98. Postjudgment interest will accrue at 1.63% per annum from today's date until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). Any motion for attorney's fees, expenses, and costs is due by 15 November 2019. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d).

_____
D.P. Marshall Jr.
United States District Judge

18 October 2019