IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC
f/k/a HELENA CHEMICAL COMPANY                    PLAINTIFF

v.                      No. 1:18-cv-43-DPM

RICKY LYNN FULLER;
LEANNA JOE FULLER; and
FULLER FARMS PARTNERSHIP                         DEFENDANTS

## ORDER

Helena's motion for attorneys' fees and costs, № 28, is granted. The billable rates are reasonable and customary in Arkansas. The time billed is reasonable considering the elusive defendants, discovery, and the work done in this case. Under the parties' contracts, the Fullers are jointly and severally liable for the attorneys' fees and the filing fee. № 19-3; № 19-7 at 3; 28 U.S.C. § 1920; FED. R. CIV. P. 54(d)(1).

Here's what the Fullers owe Helena:

| | |
|---|---|
| Helena's Attorneys' Fees | $ 13,757.50 |
| Filing Fee | $ 400.00 |
| Total | $ 14,157.50 |

* * *

Motion, № 28, granted. The Court awards Helena a total of $14,157.50 for its attorneys' fees and costs. The Court directs the Clerk to correct the docket: № 30 is a bill of costs, not a motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 November 2019