IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

HELENA AGRI-ENTERPRISES, LLC                              PLAINTIFF

v.                        No. 1:18-cv-43-DPM

RICKY LYNN FULLER; LEANNA JOE
FULLER; and FULLER FARMS
PARTNERSHIP                                              DEFENDANTS

### ORDER

Motion to compel, *Doc. 48*, granted. The Fullers have not been cooperating in post-judgment discovery for several months. They must do so, or the Court will consider imposing a sanction, which could include attorney's fees incurred by Helena, among other things. FED. R. CIV. P. 37(d)(1)(A)(ii). The Fullers must fully respond to all pending written post-judgment discovery by 16 October 2020. Because of their tardiness in responding, the Fullers have waived any objection they may have to that discovery.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2020